UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                               :

ANGELA CHAMPION, et al.,                 :

                            Plaintiffs,    :
                                               :          21-CV-9503 (VSB)
              - against -                      :
                                               :              **ORDER**

DELTA AIR LINES, INC.,                    :

                            Defendant.   :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       This matter has been referred to Magistrate Judge Valerie Figueredo for general pretrial. (Doc. 14.) On June 2, 2022, Judge Willis granted the parties' joint request for an extension of discovery deadlines to September 28, 2022. (Doc. 16.) Accordingly, it is hereby

       ORDERED the post-discovery conference before me currently scheduled for September 9, 2022 at 3:00 p.m. is hereby ADJOURNED *sine die*.

       IT IS FURTHER ORDERED that within seven days of the close of discovery, the parties submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, and whether any discovery disputes remain outstanding. Thereafter, I will schedule a post-discovery conference.

SO ORDERED.

Dated:   September 6, 2022
         New York, New York

_____
Vernon S. Broderick
United States District Judge