UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGELA CHAMPION and NORMAN
CHAMPION,

                              Plaintiffs,          21-CV-09503 (VSB) (VF)

-against-                    **ORDER SCHEDULING
                                                                PRE-SETTLEMENT
DELTA AIRLINES, INC.,                              CONFERENCE CALL**

                              Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, May 30, 2023 at 11:00 a.m**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code 9781335**.

    SO ORDERED.

DATED:    New York, New York
                 May 12, 2023

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge