UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
ANGELLA CHAMPION and NORMAN  :
CHAMPION,  :
:
                      Plaintiff,   :          21-CV-9503 (VSB)
:
         -against-          :           **ORDER**
:
DELTA AIR LINES, INC.,  :
:
               Defendants.  :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that Plaintiff's motion to strike defenses, (Doc. 10), is DENIED as moot.

      IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 12, 2023
       New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge